IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  06-cv-01592-EWN-PAC

BRONWYN ANGLIN,

    Plaintiff(s),

v.

CITY OF ASPEN, COLORADO, a municipality,
LOREN RYERSON, CHIEF OF POLICE, in his official and individual capacity,
ASPEN POLICE OFFICER MELINDA CALVANO, in his official and individual capacity,
ASPEN POLICE OFFICER DAN DAVIS, in his official and individual capacity,
PITKIN COUNTY COMMISSIONERS, in their official and individual capacities,
PITKIN COUNTY SHERIFF ROBERT BRAUDIS, in his official and individual capacity,
PITKIN COUNTY DEPUTY SHERIFF WALT GEISTER, in his official and individual capacity,
ASPEN VALLEY HOSPITAL,
DOCTOR CHRIS MARTINEZ,
PARAMEDIC DAMIEN CONIGLIO,
PARAMEDIC MARK HUTCHINSON,

    Defendant(s).

_____

## MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE O. EDWARD SCHLATTER**

    IT IS HEREBY **ORDERED**   the parties' Motion for Entry of Stipulation and Protective Order (Docket No. **29,** Filed February 16, 2007) is **GRANTED.**  It is further

    **ORDERED** that the Stipulation and Protective Order (Docket No. 33, Filed February 20, 2007) is deemed filed and is an order of the court as of the date of this minute order.

Dated:  February 20, 2007