IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01592-EWN-PAC

BRONWYN ANGLIN,

    Plaintiff,

vs.

CITY OF ASPEN, COLORADO, a municipality,
LOREN RYERSON, CHIEF OF POLICE, in his official and individual capacity,
ASPEN POLICE OFFICER MELINDA CALVANO, in her official and individual capacity,
ASPEN POLICE OFFICER DAN DAVIS, in his official and individual capacity,
PITKIN COUNTY COMMISSIONERS, in their official and individual capacities,
PITKIN COUNTY SHERIFF ROBERT BRAUDIS, in his official and individual capacity,
PITKIN COUNTY DEPUTY SHERIFF WALT GEISTER, in his official and individual capacity,
ASPEN VALLEY HOSPITAL,
DOCTOR CHRIS MARTINEZ,
PARAMEDIC DAMIEN CONIGLIO,
PARAMEDIC MARK HUTCHINSON,

    Defendants.

_____

**ORDER DISMISSING DEFENDANT
ASPEN VALLEY HOSPITAL WITH PREJUDICE**

_____

THIS COURT, being fully advised in the premises, hereby ORDERS:

Defendant ASPEN VALLEY HOSPITAL is hereby dismissed from this case with prejudice, each side to bear their own fees and costs.

IT IS SO ORDERED, by the Court on this the 22nd day of June, 2007.

                                        BY THE COURT:

                                        s/ Edward W. Nottingham
                                        EDWARD W. NOTTINGHAM
                                        Chief United States District Judge