**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 06-cv-01592-CMA-KLM

BRONWYN ANGLIN,

      Plaintiff,

v.

CITY OF ASPEN, COLORADO, a municipality,
LOREN RYERSON, CHIEF OF POLICE, in his official and individual capacity,
ASPEN POLICE OFFICER MELINDA CALVANO, in her official and individual capacity,
ASPEN POLICE OFFICER DAN DAVIS, in his official and individual capacity, and
PITKIN COUNTY DEPUTY SHERIFF WALT GEISTER, in his official and individual
capacity,

      Defendants.
_____

**ORDER SETTING STATUS CONFERENCE**
_____

      It is ORDERED that a Status Conference is set for **December 8, 2008 at 1:30**

**p.m.** Counsel shall be prepared to set a trial date at that time.

      DATED November 19, 2008

                     BY THE COURT:

                     _____
                     Christine M. Arguello
                     United States District Judge