**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 06-cv-01592-CMA-KLM

BRONWYN ANGLIN,

    Plaintiff,

v.

PITKIN COUNTY DEPUTY SHERIFF WALT GEISTER,
in his official and individual capacity,

    Defendant.

---

## ORDER TO VACATE TRIAL DATES

---

In light of the Magistrate Judge's Minute Order dated January 22, 2009 (Doc. # 127) the Final Trial Preparation Conference set on February 3, 2009 and the four-day jury trial set to commence on February 9, 2009 are hereby VACATED.

    DATED: January 22, 2009

                              BY THE COURT:

                              _____
                              CHRISTINE M. ARGUELLO
                              United States District Judge