IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello

Civil Action No. 06-cv-01592-CMA-KLM

BRONWYN ANGLIN,

    Plaintiff,

v.

CITY OF ASPEN, COLORADO, a municipality,
LOREN RYERSON, CHIEF OF POLICE, in his official and individual capacity,
ASPEN POLICE OFFICER MELINDA CALVANO, in her official and individual capacity,
ASPEN POLICE OFFICER DAN DAVIS, in his official and individual capacity, and
PITKIN COUNTY DEPUTY SHERIFF WALT GEISTER, in his official and individual capacity,

    Defendants.

## ORDER FOR DISMISSAL WITH PREJUDICE

This matter is before the Court on the parties' Joint Stipulated Motion to Dismiss With Prejudice (Doc. # 129). Having reviewed the motion and the case file, and being fully advised in the premises, the Court hereby finds as follows:

IT IS ORDERED that the remaining claim against Defendant Walt Geister is DISMISSED WITH PREJUDICE. Plaintiff and Mr. Geister shall pay their own costs and fees. The Clerk of the Court may now enter final judgment in this matter.

DATED: February   27  , 2009

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge