**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 06-cv-01592-CMA-KLM

BRONWYN ANGLIN,

    Plaintiff,

v.

CITY OF ASPEN, COLORADO, a municipality,
LOREN RYERSON, CHIEF OF POLICE, in his official and individual capacity,
ASPEN POLICE OFFICER MELINDA CALVANO, in her official and individual capacity,
ASPEN POLICE OFFICER DAN DAVIS, in his official and individual capacity, and
PITKIN COUNTY DEPUTY SHERIFF WALT GEISTER, in his official and individual capacity,

    Defendants.

## ORDER REGARDING MOTION FOR ENTRY OF FINAL JUDGMENT

This matter is before the Court on Defendants' Motion for Entry of Final Judgment (Doc. # 121). Upon review, the Court notes that this motion was filed on December 1, 2008. Summary Judgment was granted in this case by Order and Memorandum of Decision (Doc. # 105), dated May 1, 2008. Pursuant to Rule 58(c)(2)(B), judgment in this case was automatically entered 150 days from the entry of the summary judgment order. Therefore, this motion is DENIED AS MOOT.

    DATED: February __27__, 2009

                                        BY THE COURT:

                                        _____
                                        CHRISTINE M. ARGUELLO
                                        United States District Judge